IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| NGUYỄN KIM LOAN, *et al*. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-1830-AJT-IDD |
| DMPT, LP, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

### NOTICE OF RULE 41 VOLUNTARY DISMISSAL

Plaintiffs, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), file the following Notice of Voluntary Dismissal. None of the Defendants have filed an answer or motion for summary judgment, therefore dismissal pursuant to Rule 41 does not require consent or Court approval. Accordingly, Plaintiffs request that this Court grant dismissal without prejudice.

Respectfully submitted,

Plaintiffs
By Counsel

Dated: November 18, 2025

So Ordered

_____
Anthony J. Trenga
Senior U.S. District Judge     11/18/2025

1

IMPRESA LEGAL GROUP

*/s/   George E. Kostel*
George E. Kostel, Esq. VSB No. 34757
Richard K. Kelsey, Esq. VSB No. 44232
3101 Wilson Boulevard, Suite 500
Arlington, VA 22201
(703) 203-6984
Fax: (703) 684-1851
email: georgekostel@impresalegal.com
email: richkelsey@impresalegal.com


LAW OFFICES OF ROBERT V. CORNISH, JR., P.C.

*/s/  Robert  V.  Cornish,  Jr.*
Robert V. Cornish, Jr. (*Pro Hac Vice*)
680 South Cache Street, Suite 100
P.O. Box 12200
Jackson, WY 83001
Email: rcornish@rcornishlaw.com
Tel: (307) 264-0535

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on November 18, 2025, a copy of this Notice of Rule 41 Voluntary Dismissal was filed using the Court's CM/ECF system, which will serve all counsel of record.

/s/ *Richard K. Kelsey*
Richard K. Kelsey (VSB# 44232)
IMPRESA LEGAL GROUP
3033 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 842-0660
richkelsey@impresalegal.com

*Counsel for Plaintiffs*
